Commonwealth *v.* Miah, Appellant.
Commonwealth *v.* Hunt, Appellant.

Argued December 13, 1971. *F. Emmett Fitzpatrick, Jr.,* with him *Joseph Michael Smith,* for appellants; *Vram Nedurian, Jr.,* Assistant District Attorney, with him *Ralph B. D'Iorio,* Assistant District

Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.